IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| HLHZ INVESTMENTS, LLC, a California ) <br> limited liability company, ) <br> ) <br>                     Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> PLAID PANTRIES, INC., an Oregon ) <br> corporation; PLAID HOLDING ) <br> COMPANY, LLC, an Oregon limited ) <br> liability company, and WILLIAM C. ) <br> GIRARD, JR., ) <br> ) <br>                     Defendants. ) <br> _____ ) <br> ) <br> WILLIAM C. GIRARD, JR., ) <br> ) <br>           Third-Party Plaintiff, ) <br> ) <br>   vs. ) <br> ) <br> HOULIHAN LOKEY HOWARD & ) <br> ZUKIN, INC., a California corporation, ) <br> ) <br>          Third-Party Defendant. ) <br> _____ ) | Civil Case No. 06-797-KI <br><br> ORDER |

Page 1 - ORDER

Robert D. Newell
Eric L. Dahlin
Matthew D. Larson
Davis Wright Tremaine LLP
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon  97201

    Attorneys for Plaintiff HLHZ Investments, LLC and
        Third-Party Defendant Houlihan Lokey Howard & Zukin, Inc.

Milo Petranovich
Lane Powell P.C.
601 S.W. Second Avenue, Suite 2100
Portland, Oregon  97204-3158

    Attorney for Defendant Plaid Holding Company, LLC and William C. Girard, Jr.

KING, Judge:

Third-Party Plaintiff Girard's Motion for Voluntary Dismissal Without Prejudice of Third-Party Defendant Houlihan Lokey Howard & Zukin, Inc. (#63) is granted.  The claims are dismissed without prejudice and without costs or attorney fees awarded to any party.

Plaintiff HLHZ Investments, LLC and Third-Party Defendant Houlihan Lokey Howard and Zukin, Inc.'s Motion to Dismiss Third-Party Complaint (#45) is denied as moot.

IT IS SO ORDERED.

Dated this     15th      day of February, 2007.


                                      /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge